DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
FRANCISCO CHAVEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff,*<br><br>  v.<br><br>FRANCISCO CHAVEZ,<br><br>        *Defendant.* | No. 1:09-cr-00141-001 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING DATE; ORDER<br><br>Date: July 6, 2009<br>Time: 9:00 A.M.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that **the status conference hearing in the above-captioned matter now set for June 15, 2009, may be continued to July 6, 2009, at 9:00 A.M.**

This continuance is requested by counsel for the defendant to allow additional time for counsel to meet with defendant to review the government's plea offer in this matter. Counsel is scheduled to be out of the country from June 4 through June 12, 2009, and out of her office again from June 24 through June 29, 2009. Counsel has received a plea offer which she has not yet had an opportunity to review with Mr. Chavez, and needs additional time to meet and confer with her client prior to the hearing in anticipation of a resolution to the pending charges. The requested continuance will conserve time and resources for both counsel and the court.

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

```
                                          McGREGOR W. SCOTT
                                          United States Attorney


DATED:  June 3, 2009              By:     /s/  Susan Phan
                                          SUSAN PHAN
                                          Assistant United States Attorney
                                          Attorney for Plaintiff


                                          DANIEL J. BRODERICK
                                          Federal Public Defender


DATED:  June 3, 2009              By:     /s/  Francine Zepeda
                                          FRANCINE ZEPEDA
                                          Assistant Federal Defender
                                          Attorneys for Defendant
                                          FRANCISCO CHAVEZ
```

## O R D E R

**IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   June 4, 2009**            /s/ **Anthony W. Ishii**
                                     CHIEF UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing; [Proposed] Order                    2